The Honorable Robert S. Lasnik
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LON BIASCO,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                    Defendants. | Case No. 2:19-cv-01854-RSL-MLP<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES<br><br>Noted for Consideration:<br>January 21, 2021 |

The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 90-day extension of the (1) February 1, 2021 discovery deadline solely for the purpose of taking plaintiff's deposition, and the (2) March 1, 2021 dispositive motion deadline. The parties do not seek an extension of any other deadline or any deadline that has already passed.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension as the parties are attempting to resolve this matter. The extension will allow the parties to focus on that rather than expending resources on undertakings that will be unnecessary if they are able to resolve the matter.

IT IS SO STIPULATED.

DATED: January 21, 2021                               s/ Lon Biasco

STIPULATION AND ORDER
TO CONTINUE DEADLINE
2:19-cv-16854-RSL MLP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | LON BIASCO |
| 2 | 7918 135th ST SE |
|   | Snohomish, WA 98296 |
| 3 | Phone: 425-326-9024 |
|   | Email: Lon.Biasco@fema.dhs.gov |

*Pro se Plaintiff*

DATED: January 21, 2021            s/ Sarah K. Morehead
                                   SARAH K. MOREHEAD, WSBA #29680
                                   Assistant United States Attorneys
                                   United States Attorney's Office
                                   700 Stewart Street, Suite 5220
                                   Seattle, WA 98101-1271
                                   Phone: (206) 553-7970
                                   Email: sarah.morehead@usdoj.gov

Attorney for Defendant

## ORDER

**IT IS SO ORDERED**.

The deadline for defendant to take plaintiff's deposition is extended to May 3, 2021, and the deadline for the parties to file dispositive motions is extended to May 30, 2021.

Dated this 21st day of January, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER
TO CONTINUE DEADLINE
2:19-cv-16854-RSL MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970