The Honorable Robert S. Lasnik
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LON BIASCO,<br><br>                            Plaintiff,<br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                            Defendants. | Case No. 2:19-cv-01854-RSL-MLP<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES<br><br>Noted for Consideration:<br>April 13, 2021 |

      The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 90-day extension of the (1) May 3, 2021 discovery deadline solely for the purpose of taking plaintiff's deposition, and the (2) May 30, 2021 dispositive motion deadline.  The parties do not seek an extension of any other deadline or any deadline that has already passed.

      A court may modify a schedule for good cause.  Fed. R. Civ. P. 16(b)(4).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

      The parties submit there is good cause for an extension as the parties are attempting to resolve this matter.  The extension will allow the parties to focus on that rather than expending resources on undertakings that will be unnecessary if they are able to resolve the matter.

STIPULATION AND ORDER
TO CONTINUE DEADLINES
2:19-cv-16854-RSL MLP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS SO STIPULATED.

2    DATED: April 13, 2021                 *s/ Lon Biasco*
3                                          LON BIASCO
                                           7918 135th ST SE
4                                          Snohomish, WA 98296
                                           Phone: 425-326-9024
5                                          Email: Lon.Biasco@fema.dhs.gov

6                                          *Pro se Plaintiff*

9    DATED: April 13, 2021                 *s/ Sarah K. Morehead*
                                           SARAH K. MOREHEAD, WSBA #29680
10                                         Assistant United States Attorneys
                                           United States Attorney's Office
11                                         700 Stewart Street, Suite 5220
                                           Seattle, WA 98101-1271
12                                         Phone: (206) 553-7970
                                           Email: sarah.morehead@usdoj.gov
13
                                           *Attorney for Defendants*

1

## ORDER

**IT IS SO ORDERED**.

The deadline for defendant to take plaintiff's deposition is extended to August 1, 2021, and the deadline for the parties to file dispositive motions is extended to August 28, 2021.

Dated this 14th day of April, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER
TO CONTINUE DEADLINES
2:19-cv-16854-RSL MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970