UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LON BIASCO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C19-1854-RSL-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

　　　　(1)　　The Court ADOPTS the Report and Recommendation.

　　　　(2)　　Defendant's Motion (Dkt. # 36) is GRANTED.

　　　　(3)　　This action is DISMISSED without prejudice.

　　　　The Clerk is directed to enter judgment in favor of defendants and against plaintiff.

　　　　Dated this 12th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1